IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AMANDA MARTIN                                                                                           PLAINTIFF

V.                                    Civil No. 2:23-cv-02012-MEF

MARTIN O'MALLEY, Commissioner,
Social Security Administration                                                                      DEFENDANT

**FINAL JUDGMENT**

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration denying her application for disability benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c). The Court, having reviewed the administrative record, the briefs of the parties, the applicable law, and the parties having waived oral argument, finds as follows:

Consistent with the Court's ruling from the bench, the decision of the Commissioner of Social Security is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Court finds that the ALJ's RFC determination is not supported by substantial evidence. Plaintiff has a history of interstitial cystitis resulting in chronic symptoms, to include urinary frequency and retention, pain, and leakage. Despite the medication, Axonics, regular bladder instillation treatments, and self-catheterization prescribed by her urologist, the Plaintiff has continued to experience urinary frequency, occurring every 15 to 30 minutes, discomfort, and leakage. The ALJ did not, however, account for these symptoms in the RFC. Accordingly, remand

is necessary to allow him to obtain an RFC assessment from Plaintiff's treating urologist. Should her urologist be unwilling or otherwise unable to complete an RFC assessment, the ALJ should order a consultative physical exam complete with an RFC discussing the impact her urinary impairment has on her ability to perform work-related tasks day in and day out, in the sometimes competitive and stressful conditions in which real people work in the real world.

      IT IS SO ORDERED AND ADJUDGED on this 25th day of March 2024.

/s/ **Mark E. Ford**
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE